**United States District Court**
**For The Western District of North Carolina**
**Statesville Division**

FILED
STATESVILLE, N.C.

MAY 17 2005

U.S. DISTRICT COURT
W. DIST. OF NC

TYRONE LEWIS TUCKER,

    Plaintiff(s),

vs.

DOCTOR LAURIE BUMGARNER,
Head Doctor at the Lincoln County
Detention Center,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV201-2-MU

DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2005, Order.

May 17, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*
Carolyn Bouchard, Deputy Clerk